**Order filed June 6, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00079-CV
_____

**ISIDORO FERNANDEZ, Appellant**

**V.**

**JOSE LUIS ALVARADO, Appellee**

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 18-CV-1204**

## O R D E R

The clerk's record was filed February 8, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order of nonsuit signed May 24, 2019.

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before June 21, 2019, containing the order of nonsuit signed May 24, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM